**B. O. S. S.** 08-10
P O BOX 4558
ALPHARETTA, GA 30023-4558

207
64-1284/611

DATE Sept 30, 2016

PAY TO THE ORDER OF  Prime Revenue, Inc                    $ 100,000.35

One Hundred Thousand & 35/100 ———————————— DOLLARS

CS-222.22
APSC- 99.778.13

FOR stock purchase