IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PRIMEREVENUE, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| WESLEY DEAN, DARRYL J. LANDRENEAU, KALEO TECHNOLOGY, LLC, BLACK OPS SOLUTIONS & SYSTEMS, L.L.C., ALEX HERNANDEZ, and JOHN DOES 1-4, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Civil Action No.:
1:18-cv-03107-TCB

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff PrimeRevenue, Inc. ("PrimeRevenue"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, hereby files its Certificate of Interested Persons and Corporate Disclosure statement, stating as follows:

(1) The undersigned counsel of record for PrimeRevenue certify that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    a. PrimeRevenue;

    b. Defendant Wesley Dean;

    c. Defendant Darryl J. Landreneau;

    d. Defendant Kaleo Technology, LLC;

    e. Defendant Black Ops Solutions & Systems, LLC;

    f. Defendant Alex Hernandez;

    g. Defendants John Does 1-4;

    h. BBH Capital Partners QP IV, LP;

    i. Battery Ventures X, L.P.; and

    j. Battery Ventures X Side Fund, L.P.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: None.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    a. Plaintiff:    Evan M. Rosen
                         Dania L. Haider
                         JACKSON LEWIS P.C.
                         1155 Peachtree Street, NE, Suite 1000
                         Atlanta, Georgia 30309

        Brian J. Christensen
        (*Pro Hac Vice Motion to be filed shortly*)
        JACKSON LEWIS P.C.
        7101 College Boulevard, Suite 1200
        Overland Park, Kansas 66210

Respectfully submitted this 3rd day of July, 2018.

        **JACKSON LEWIS P.C.**

        */s/ Evan M. Rosen*_____
        Evan M. Rosen
        Georgia Bar No. 649716
        Dania L. Haider
        Georgia Bar No. 477587

        1155 Peachtree Street, N.E., Suite 1000
        Atlanta, Georgia 30309-3600
        Telephone:  (404) 525-8200
        Facsimile:   (404) 525-1173
        Email:  evan.rosen@jacksonlewis.com
                dania.haider@jacksonlewis.com

        */s/ Brian J. Christensen*_____
        Brian J. Christensen
        (*Pro Hac Vice Motion to be filed shortly*)
        Kansas Bar No. 16528

        7101 College Boulevard, Suite 1200
        Overland Park, Kansas 66210
        Telephone:  (913) 981-1018

        Facsimile:  (913) 981-1019
        Email:  brian.christensen@jacksonlewis.com

***Counsel for Plaintiff PrimeRevenue, Inc.***